UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AVALON RESIDENTIAL CARE HOMES, INC. and RUTH ANNE SEIB, | § § § § § | |
| Plaintiffs, | | |
| V. | § § § § § § | C.A. NO. 3:11-cv-1239 |
| CITY OF DALLAS, TEXAS, | | |
| Defendant. | | |

## CERTIFICATE OF INTERESTED PARTIES

**TO THE COURT:**

Pursuant to Local Rule 3.1(f), Plaintiffs Avalon Residential Care Homes, Inc. and Ruth Anne Seib list the following persons, associations of persons, firms, partnerships, corporations, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case:

**Plaintiffs:**           Avalon Residential Care Homes, Inc.
                          Ruth Anne Seib

**Plaintiff's Counsel:**  Jeffrey M. Tillotson
                          **LYNN TILLOTSON PINKER & COX, LLP**
                          2100 Ross Avenue, Suite 2700
                          Dallas, Texas  75201
                          (214) 981-3800 Telephone
                          (214) 981-3839 Facsimile

**Defendant:**            City of Dallas

**Defendant's Counsel:**  Unknown

Dated: June 9, 2011

Respectfully submitted,

*[signature]*

Jeffrey M. Tillotson
State Bar No. 20039200
**LYNN TILLOTSON PINKER & COX, LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

**ATTORNEYS FOR PLAINTIFFS**