AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

**ORIGINAL**

| | |
|---|---|
| Avalon Residential Care Homes, Inc., et al <br> *Plaintiff* <br> v. <br> City of Dallas, Texas <br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 3:11-cv-01239-D |

## Summons in a Civil Action

**TO:** City of Dallas, Texas

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Jeffrey Tillotson
    2100 Ross Ave
    Suite 2700
    Dallas , TX 75201

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/09/2011

*Signature of Clerk or Deputy Clerk*

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 JUN 15 AM 10: 47

DEPUTY CLERK _____

Civil Action No. 3:11-CV-01239-D

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  CITY OF DALLAS, TEXAS

was received by me on *(date)*  06/10/2011

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: BY DELIVERING TO CITY OF DALLAS, TEXAS BY DELIVERING TO ITS AUTHORIZED AGENT AKUYO NICHOLS AT 1500 MARILLA STREET, SUITE 5DS, DALLAS, TEXAS 75201 ON 6-10-2011 AT 12:35 PM

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/10/2011

*Server's signature*

DANNY L. HANEY (SCH566)
*Printed name and title*

5470 LBJ FREEWAY, SUITE 100, DALLAS, TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc: